## Myers Motor Vehicle Operator License Case.

Argued April 10, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Elmer T. Bolla,* Deputy Attorney General, with him *Anne X. Alpern,* Attorney General, for Commonwealth, appellant.

No argument was made nor brief submitted for appellee.

OPINION PER CURIAM, April 13, 1961:

The order of the court below is reversed and the case is remanded for a rehearing by the Court below. See *Pharo Motor Vehicle Operator License Case,* 195 Pa. Superior Ct. 1, 169 A. 2d 787.